IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CELEBRATION IP LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-03167-M |
| | § | |
| **STMICROELECTRONICS, INC.,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Local Civil Rule 83-12, G. Blake Thompson files this Unopposed Motion to Withdraw as Counsel for Defendant STMicroelectronics, Inc. (the "Motion"). In support of this Motion, G. Blake Thompson shows the Court the following:

1. G. Blake Thompson no longer serves on this case as counsel for Defendant, STMicroelectronics, Inc. G. Blake Thompson served as local counsel for Defendant in the Eastern District of Texas before the case was transferred to this district.

2. STMicroelectronics, Inc., will continue to be represented by Max Ciccarelli and Bruce S. Sostek of Thompson & Knight.

3. The withdrawal of G. Blake Thompson as counsel for STMicroelectronics, Inc. will not delay the proceedings in this matter.

4. G. Blake Thompson has met and conferred with Plaintiff, and Plaintiff does not oppose this Motion.

5. Therefore, G. Blake Thompson requests that this Motion be granted and that he be removed from the official service list in this case.

Respectfully submitted,

By:    */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

**ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that on January 15, 2021, I conferred with counsel for Plaintiff regarding the foregoing Motion to Withdraw as Attorney. Plaintiff's counsel does not oppose this motion.

   */s/ G. Blake Thompson*
**G. Blake Thompson**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 18th day of January, 2021.

   */s/ G. Blake Thompson*
**G. Blake Thompson**